IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CASEY DALE TALLANT                                                                                    PLAINTIFF

v.                                          Case No. 4:25-cv-04038

SHERIFF BOBBY WALRAVEN and
ADMINISTRATOR GINA BUTLER                                                                   DEFENDANT

# ORDER

Before the Court is a Report and Recommendation filed July 22, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Ford recommends that this case be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. (ECF No. 7, at 4). Further, Judge Ford recommends that this dismissal count as a strike pursuant to 28 U.S.C. § 1915(b)(1), that a § 1915(g) strike flag be placed on this case, and that any appeal from this dismissal should not be taken in good faith. (ECF No. 7, at 4).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, the Court finds that Plaintiff has failed to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and that Plaintiff's case should be and hereby is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(b)(1), and thus the Clerk is directed to place a § 1915(g) strike flag on the case for future judicial consideration. Further, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 18th day of August, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge